PS 8
(12/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.        John G. Schadl              Docket No.        2:13CR00004-001

**Petition for Action on Conditions of Pretrial Release**

COMES NOW, Erik Carlson, pretrial services officer, presenting an official report upon the conduct of defendant, John G. Schadl, who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno sitting in the Court at Spokane, WA, on the 29th day of January 2013, under the following conditions:

**Condition #22:** Except for employment purposes, defendant shall not have access to the Internet, including cell phones with Internet access.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** A wireless Internet password was observed at the defendant's residence.

**Violation #2:** The defendant owns a cellular phone with Internet capability.

REQUEST FOR NO ACTION

RECEIVED
U.S. DISTRICT COURT
FEB 1 1 2013 at 3:30 pm
UNITED STATES MAGISTRATE JUDGE
SPOKANE WASHINGTON

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    02/11/2013

by    s/Erik Carlson

Erik Carlson
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

02-12-2013
Date