PS 42
(Rev 07/93)

# United States District Court

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 1 4 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

United States of America                )
                                        )
vs                                      )
                                        )
John G. Schadl                          )          Case No. 2:13CR00004-RMP-001

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, John G. Schadl, have discussed with Erik Carlson, Pretrial Services/Probation Officer, modification of my release as follows:

1) Avoid all contact, direct or indirect, with any persons under the age of 18 who are or who may become a victim or potential witness in the subject investigation or prosecution.

2) Defendant shall be restricted to his residence every day from 8 p.m. to 6 a.m., unless otherwise pre-approved by the U.S. Probation/Pretrial Services Office for employment purposes.

3) Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month. Defendant shall submit to any method of testing required by the Pretrial Services Office for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing. Full mutual releases shall be executed to permit communication between the Court, Pretrial Services, and the treatment vendor. Treatment shall not interfere with Defendant's court appearances.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  6/10/13         _____  6/10/13
Signature of Defendant    Date            Pretrial Services/Probation Officer    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____    6-10-13
Signature of Defense Counsel         Date

[X]   The above modification of conditions of release is ordered, to be effective on 6/14/2013

[ ]   The above modification of conditions of release is not ordered.

_____    6/14/2013
Signature of Judicial Officer        Date