PROB 12C
(6/16)

Report Date:  June 15, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 18, 2018

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: John G. Schadl                          Case Number: 0980 2:13CR00004-RMP-1

Address of Offender: ███████████████, Spokane, Washington 99224

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: August 22, 2013

| | | |
|---|---|---|
| Original Offense: | Receipt of Child Pornography, 18 U.S.C. § 2252A(a)(2) | |
| Original Sentence: | Prison - 60 months<br>TSR - life | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Stephanie J. Lister | Date Supervision Commenced: December 28, 2017 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: Life |

---

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 18**: You shall be prohibited from possessing or manufacturing any material, including videos, magazines, photographs, computer-generated depictions, or any other forms that depict sexually explicit conduct involving children or adults, as defined at 18 U.S.C. § 2256(2).  Neither shall you enter nor frequent any establishment involved in the sex industry, including but not limited to adult bookstores, massage parlors, and strip clubs.  You shall not utilize any sex-related adult telephone numbers.  The supervising officer is authorized to monitor compliance in this area by obtaining relative records including but not limited to telephone, Internet, and credit cards. |

**Supporting Evidence**:  On December 29, 2017, Mr. John Schadl signed his conditions of supervision relative to case number 2:13CR00004-RMP-1, indicating he understood all conditions as ordered by the Court.  Specifically, Mr. Schadl was made aware by his U.S. probation officer of the condition requiring that he refrain from possessing any material depicting sexually explicit conduct involving children or adults.

On June 12, 2018, Mr. Schadl violated the above-stated condition by accessing sexually explicit material.

Prob12C
**Re: Schadl, John G.**
**June 15, 2018**
**Page 2**

On June 13, 2018, the undersigned officer received notification that an incident requiring this officer's review had occurred at approximately 1:43 a.m. on June 12, 2018. According to the report from Covenant Eyes, the offender had searched for "Maggie McGraw 18" at the time in question. The report details that at 1:46 a.m., the offender then searched for "ftv girl in sheer dress," and shortly thereafter, accessed the website: pornpics.com/galleries/sweet-young-girl-in-sheer-with-dress-flashing-her-naked-ass-outside-in-the-sun. Upon review of the site in question, this officer and the supervising officer were able to confirm the website contained pornography.

2    **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: On December 29, 2017, Mr. John Schadl signed his conditions of supervision relative to case number 2:13CR00004-RMP-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Schadl was made aware by his U.S. probation officer of the condition requiring that he answer all inquiries by the probation officer truthfully.

On June 13, 2018, Mr. Schadl violated the above-stated condition of supervision by failing to be truthful with the undersigned officer. On this date, the offender reported to the U.S. Probation Office for his scheduled appointment. Mr. Schadl was informed at that time the undersigned officer had received notification from Covenant Eyes that an incident had occurred during the reporting period of June 6 to June 13, 2018.

The offender stated he had been online, during the time in question, looking for a birthday present for his daughter. When this officer confronted the client with the details of the incident, he continued to insist he was looking for a birthday present and not pornography.

On June 13, 2018, this officer and the supervising officer accessed the flagged website (pornpics.com/galleries/sweet-young-girl-in-sheer-with-dress-flashing-her-naked-ass-outside-in-the-sun) and were able to confirm the website contained pornography.

3    **Special Condition # 26**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: On December 29, 2017, Mr. John Schadl signed his conditions of supervision relative to case number 2:13CR00004-RMP-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Schadl was made aware by his U.S. probation officer of the condition requiring that he abstain from alcohol.

On or about May 26, 2018, Mr. Schadl violated the above-stated condition of supervision by consuming alcohol. On June 14, 2018, a search was executed on the offender's residence. During the search, six full cans of Key Stone Light beer were discovered. When asked if he was allowed to consume alcohol, the offender responded "no." At that time, Mr. Schadl signed an admission of use form admitting to the use of alcohol on or about May 26, 2018.

Prob12C
**Re: Schadl, John G.**
**June 15, 2018**
**Page 3**

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     06/15/2018

s/Amber M.K. Andrade

Amber M.K. Andrade

U.S. Probation Officer

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[  ]    Other

Signature of Judicial Officer

6/18/2018

Date