PROB 12C
(6/16)

Report Date: July 12, 2018

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 12, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: John G. Schadl | Case Number: 0980 2:13CR00004-RMP-1 |

Address of Offender: 9030 W. Sunset Highway #5, Spokane, Washington 99224

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: August 22, 2013

| | |
|---|---|
| Original Offense: | Receipt of Child Pornography, 18 U.S.C. § 2252A(a)(2) |
| Original Sentence: | Prison - 60 months<br>TSR - Life |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Stephanie J. Lister |
| | Date Supervision Commenced: December 28, 2017 |
| Defense Attorney: | Matthew A. Campbell |
| | Date Supervision Expires: Life |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 06/15/2018 and 07/06/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition #18**: You shall be prohibited from possessing or manufacturing any material, including videos, magazines, photographs, computer-generated depictions, or any other forms that depict sexually explicit conduct involving children or adults, as defined at 18 U.S.C. § 2256(2).  Neither shall you enter nor frequent any establishment involved in the sex industry, including but not limited to adult bookstores, massage parlors, and strip clubs. You shall not utilize any sex-related adult telephone numbers.  The supervising officer is authorized to monitor compliance in this area by obtaining relative records including but not limited to telephone, Internet, and credit cards. |
| | **Supporting Evidence**:  On December 29, 2017, Mr. John Schadl signed his conditions of supervision relative to case number 2:13CR00004-RMP-1, indicating he understood all conditions as ordered by the Court.  Specifically, Mr. Schadl was made aware by his U.S. probation officer of the condition requiring that he refrain from possessing any material depicting sexually explicit conduct involving children or adults. |
| | On June 08, 2018, Mr. Schadl violated the above-stated condition by accessing sexually explicit material. |

On July 11, 2018, the undersigned officer received notification from Covenant Eyes that an incident requiring review had occurred. According to the report from Covenant Eyes, Mr. Schadl had searched for, and visited, a website related to sexually explicit content. Specifically, Mr. Schadl visited a website called "townhotties.com." The undersigned officer investigated the website "townhotties.com," and it appears to be a pornographic website which is in direct violation of the above-mentioned special condition.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 07/12/2018

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

7/12/2018
Date