PROB 12C
(6/16)

Report Date: May 7, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 07, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: John G. Schadl | Case Number: 0980 2:13CR00004-RMP-1 |
| Address of Offender: | Spokane, Washington 99224 |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: August 22, 2013

| | | |
|---|---|---|
| Original Offense: | Receipt of Child Pornography, 18 U.S.C. § 2252A(a)(2) | |
| Original Sentence: | Prison - 60 months<br>TSR - Life | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(08/20/2018) | Prison - 6 months<br>TSR - Life | |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: January 24, 2019 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: Life |

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Violation |
|---|---|
| 1 | **Special Condition # 11**: You are prohibited from possessing or manufacturing any material, including videos, magazines, photographs, computer-generated depictions, or any other media that depict sexually explicit conduct involving children or adults, as defined at 18 U.S.C. § 2256(2). You must not enter any establishment involved in the sex industry, including but not limited to adult bookstores, massage parlors, and strip clubs. You must not utilize any sex-related adult telephone numbers. The supervising officer is authorized to monitor compliance in this area by obtaining relative records including but not limited to telephone, Internet, credit cards and bank statements.<br><br>**Supporting Evidence**: John Schadl admitted to viewing pornography online on April 15, 2020.<br><br>On January 29, 2020, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Schadl as outlined in the judgment and sentence. He signed the judgement acknowledging the requirements. |

Prob12C
**Re: Schadl, John G**
**May 7, 2020**
**Page 2**

On April 16, 2020, the undersigned officer received the offender's weekly report from Covenant Eyes. The report identified two highly mature websites that had been accessed: www.freehookuptonight.com and www.casualdates.com. Both were accessed by Mr. Schadl on April 15, 2020.

On April 16, 2020, this officer contacted the offender to discuss the weekly accountability report. During that conversation Mr. Schadl advised that a "friend" he had met on a dating website, including those identified by the accountability report, had sent him a link with the message "you gotta check this out!" He admitted that the link led to pictures of naked women as well as a video of a man and woman having sex.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/07/2020

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

5/7/2020
Date