PROB 12C
(6/16)

Report Date: June 25, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 26, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: John G. Schadl         Case Number: 0980 2:13CR00004-RMP-1

Address of Offender:                     Spokane, Washington 99224

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: August 22, 2013

Original Offense:        Receipt of Child Pornography, 18 U.S.C. § 2252A(a)(2)

Original Sentence:       Prison - 60 months          Type of Supervision: Supervised Release
                         TSR - Life

Revocation Sentence:     Prison - 6 months
(08/20/2018)             TSR - Life

Asst. U.S. Attorney:     Alison L. Gregoire          Date Supervision Commenced: January 24, 2019

Defense Attorney:        Federal Defender's Office   Date Supervision Expires:  Life

---

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/07/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

2 | **Standard Condition # 8**: You must not communicate or interact with someone you know is engaged in criminal activity.  If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting permission of the probation officer.

**Supporting Evidence**: On June 24, 2020, John Schadl admitted to communicating with a convicted felon, who is currently incarcerated, without requesting or receiving prior authorization.

On January 29, 2020, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Schadl as outlined in the judgment and sentence.  He signed the judgement acknowledging the requirements.

Prob12C
Re: Schadl, John G..
June 25, 2020
Page 2

On June 22, 2020, this officer received a letter in the mail from the Washington Corrections Center for Women, in Gig Harbor, Washington. The letter was written by Carrie Abney, who is currently incarcerated at that facility. In the letter, Carrie states: "John emailed me and told me you advised him not to have any contact with me," although the offender had never previously mentioned her to the undersigned officer.

On June 24, 2020, Mr. Schadl was contacted in regard to the letter. The offender claimed that a friend gave his phone number to Ms. Abney and she contacted him. Mr. Schadl insisted that he was initially unaware that she was incarcerated, but this officer pointed out that any calls he received from her would have been preceded by a recording advising that the call was originating from a correctional facility and would be recorded.

Mr. Schadl did not deny knowing that Ms. Abney was incarcerated, but claimed that she told him she was currently incarcerated for "minor stuff." It should be noted that Ms. Abney is currently incarcerated for possession of a stolen vehicle, identity theft, possession of stolen property, and possession of a controlled substance.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   06/25/2020

s/Amber M. K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer