PROB 12C
(6/16)

Report Date: September 25, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 25, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | John G. Schadl | Case Number: | 0980 2:13CR00004-RMP-1 |
| Address of Offender: | | Spokane, Washington 99224 | |

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: August 22, 2013

| | | | |
|---|---|---|---|
| Original Offense: | Receipt of Child Pornography, 18 U.S.C. § 2252A(a)(2) | | |
| Original Sentence: | Prison - 60 months<br>TSR - months | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>(08/20/2018) | Prison - 6 months<br>TSR - Life | | |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: | January 24, 2019 |
| Defense Attorney: | Molly M. Winston | Date Supervision Expires: | Life |

## PETITIONING THE COURT

To **issue a warrant** and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 05/07/2020 and 06/26/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #11**: You are prohibited from possessing or manufacturing any material, including videos, magazines, photographs, computer-generated depictions, or any other media that depict sexually explicit conduct involving children or adults, as defined at 18 U.S.C. § 2256(2). You must not enter any establishment involved in the sex industry, including but not limited to adult bookstores, massage parlors, and strip clubs. You must not utilize any sex-related adult telephone numbers. The supervising officer is authorized to monitor compliance in this area by obtaining relative records including but not limited to telephone, internet, credit cards and bank statements.<br><br>**Supporting Evidence**: It is alleged that on September 17, 2020, John Schadl violated special condition number 11 of his supervised release by being in possession of approximately 100 pornographic images.<br><br>On January 29, 2020, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Schadl as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.<br><br>On September 15, 2020, the undersigned officer contacted Mr. Schadl regarding a weekly accountability report that had been generated by Covenant Eyes on September 10, 2020. |

Prob12C
Re: **Schadl, John G**
September 25, 2020
Page 2

Although the report did not identify any pornography, it did include images that were sexually suggestive.

During our conversation on September 15, 2020, the offender admitted to having nude images on his cellular telephone. When this officer inquired about how many prohibited images he had on his cell phone, Mr. Schadl responded, "too many to count."

A forensic examination of the offender's cell phone was subsequently conducted with the assistance of the Federal Bureau of Investigations (FBI) on September 17, 2020.

On September 18, 2020, this officer was informed that more than 100 images of adult female pornography (breasts and/or groin) were located, as well as one image of a prepubescent female vagina, as seen from above and inside a loose bikini bottom.

It should be noted, the offender's cell phone was subject to monitoring, which did not detect any of the pornographic images that were eventually located on the cell phone, suggesting that Mr. Schadl has been circumventing the computer monitoring software.

The U.S. Probation Office respectfully recommends the Court **issue a warrant** and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  09/25/2020

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Roshanna Malouf Peterson* (signature)

Signature of Judicial Officer

9/25/2020

Date