PROB 12C
(6/16)

Report Date: May 13, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 14, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: John G. Schadl | Case Number: 0980 2:13CR00004-RMP-1 |

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: August 22, 2013

| | | |
|---|---|---|
| Original Offense: | Receipt of Child Pornography, 18 U.S.C. § 2252A(a)(2) | |
| Original Sentence: | Prison - 60 months<br>TSR - months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(08/20/2018) | Prison - 6 months<br>TSR - Life | |
| Revocation Sentence:<br>(09/30/2020) | Prison - 6 months<br>TSR - Life | |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: March 26, 2021 |
| Defense Attorney: | Molly M. Winston | Date Supervision Expires: Life |

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #5**: You must not view or possess any "visual depiction" (as defined in 18 U.S.C. § 2256), including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of "sexually explicit conduct" (as defined in 18 U.S.C. § 2256). |

**Supporting Evidence**: On April 28, 2021, John Schadl allegedly violated special condition number 5 by viewing and possessing sexually explicit imagery.

On April 1, 2021, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Schadl as outlined in the judgement and sentence. He signed the judgment acknowledging the requirements.

On April 28, 2021, the undersigned officer contacted Mr. Schadl regarding a weekly accountability report generated by Covenant Eyes; it identified nine concerning screen shots for review. The offender insisted he had not viewed any sexually explicit content and was subsequently instructed to report to the U.S. Probation Office.

Prob12C
Re: Schadl, John G
May 13, 2021
Page 2

> Mr. Schadl reported to the probation office that same date as instructed. During an inspection of his cell phone, two nude photos were discovered, along with a video of a woman displaying and rubbing her vagina. Initially, the offender claimed he had not reported the video because he simply forgot.

2   **Standard Condition #4**: You must be truthful when responding to the questions asked by your probation officer.

> **Supporting Evidence**: On April 28, 2021, John Schadl allegedly violated special condition number 4 by failing to be truthful when questioned by the undersigned officer.
>
> On April 1, 2021, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Schadl as outlined in the judgement and sentence. He signed the judgment acknowledging the requirements.
>
> On April 28, 2021, the offender was contacted regarding his weekly accountability report from Covenant Eyes, which identified nine concerning screen shots for review. Mr. Schadl insisted he had not viewed any sexually explicit content.
>
> Later that date, on April 28, 2021, a random inspection of Mr. Schadl's cell phone revealed two nude photos, a pornographic video, and a photo gallery full of sexually suggestive images of women. When asked about the pornographic video and photos, the offender claimed he had not reported the video because he had not watched the video and ultimately forgot about it. This officer then confronted the offender with messages he sent acknowledging that the video depicted masturbation, and Mr. Schadl subsequently admitted to receiving and viewing the sexually explicit content.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   05/13/2021

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

5/14/2021
Date